FILED

2020 NOV 20 PM 3: 25

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2020-09925　　　　　　　　　　　　　DIVISION A

DONALD COOK

VS.　　　　　　　　　　　　　　　SECTION 16

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and
HYATT CORPORATION D/B/A HYATT HOUSE NEW ORLEANS

FILED:_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

### PETITION FOR DAMAGES

The Petition of **DONALD COOK**, a person of the full age of majority and resident of the County of Gwinnett, State of Georgia, with respect represents that:

I.

Made Defendants herein are:

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**, a domestic/foreign insurance company authorized to do and doing business in the State of Louisiana; and

**HYATT CORPORATION D/B/A HYATT HOUSE NEW ORLEANS**, a domestic/foreign corporation authorized to do and doing business in the State of Louisiana.

II.

Defendants herein are jointly and *in solido* liable and indebted unto petitioner for such damages as are reasonable in the premises, including past and future physical pain and suffering, past and future mental pain and suffering, past and future loss of enjoyment of life, disability to the body, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, and loss of consortium together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the following to-wit:

III.

On or about **December 18, 2019**, an accident occurred in the Parish of Orleans, State of Louisiana, where Petitioner, **DONALD COOK**, was a guest staying in a room at the **HYATT CORPORATION D/B/A HYATT HOUSE NEW ORLEANS**, 1250 Poydras St, New Orleans,



VERIFIED
11/30/2020

EXHIBIT
A

LA 70113, when suddenly and without warning, he was struck in the head by a metal panel that fell from the ceiling of his hotel room. The property at 1250 Poydras St, New Orleans, LA 70113 is owned and operated by **HYATT CORPORATION D/B/A HYATT HOUSE NEW ORLEANS**, who/whom was/were aware and/or should have been aware of the negligent condition.

IV.

As a result of the above referenced accident and negligence of the Defendant, **HYATT CORPORATION D/B/A HYATT HOUSE NEW ORLEANS**; Petitioner, **DONALD COOK**, was injured and is entitled to recover such damages as are reasonable in the premises.

V.

Petitioner was not at fault nor was he contributorily negligent. His injuries were caused solely by the fault, negligence, and liability of the Defendants, **HYATT CORPORATION D/B/A HYATT HOUSE NEW ORLEANS**, in the following particulars:

a) Failure to maintain a reasonably safe place for visitors and residents;

b) Failure to take necessary measures to protect the safety of visitors and residents;

c) Failure to properly maintain, inspect and supervise premises;

d) Failure to warn visitors and residents of the dangerous nature of the premises;

e) Failure to take steps to avoid this incident; and

f) Such other acts of negligence as will be shown at trial.

VI.

Upon information and belief, it is alleged that at all times material hereto, **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA** provided a policy of liability insurance to **HYATT CORPORATION D/B/A HYATT HOUSE NEW ORLEANS** on the date of this accident, which said policy provided coverage for the type of loss sued upon herein, thus rendering the said Defendant, **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**, liable *in solido* unto Petitioner with the other named Defendants.

VII.

Petitioner pleads the doctrine of strict liability.

VIII.

Petitioner pleads the doctrine of res ipsa loquitur.

**WHEREFORE**, Petitioner prays that Defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment rendered herein in favor of Petitioner and against the Defendants, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and HYATT CORPORATION D/B/A HYATT HOUSE NEW ORLEANS, jointly and *in solido* in amounts as are reasonable in the premises, including past and future physical pain and suffering, past and future mental pain and suffering, past and future loss of enjoyment of life, disability to the body, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, and loss of consortium together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief as the Court deems fit.

Respectfully submitted,

LAW OFFICES OF EDWARD J. WOMAC, JR.
& ASSOCIATES, LLC

EDWARD J. WOMAC, JR. #02195
MATTHEW SUTTON #30084
3501 Canal Street
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178
msutton@edwardwomac.com

**PLEASE SERVE:**

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**
Via Their Registered Agent for Service of Process:
**LOUISIANA SECRETARY OF STATE**
8585 Archives Avenue
Baton Rouge, LA 70809

**HYATT CORPORATION D/B/A HYATT HOUSE NEW ORLEANS**
Via Their Registered Agent for Service of Process:
**UNITED STATES CORPORATION COMPANY**
501 Louisiana Avenue
Baton Rouge, Louisiana 70802